```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 APR 3 0 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL BROWN,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>H. CASSIM, et al.,<br><br>　　　　　Defendants. | Case No. CV 05-6279 RSWL(JC)<br><br>(P~~ROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint and Attachment, Defendants' Motion to Dismiss ("Defendants' Motion"), Plaintiff's Opposition thereto and all of the records herein, including the Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

　　　IT IS HEREBY ORDERED that:  (1) Defendants' Motion is denied except to the extent it seeks dismissal of plaintiff's claim for monetary relief against defendants in their official capacities; (2) Plaintiff's claim for monetary relief against defendants in their official capacities only is dismissed; and (3) Defendants

1  shall file an Answer to the SAC within ten (10) days of entry of this Order in
2  accordance with Fed. R. Civ. P. 12(a)(4)(A).
3      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
4  the United States Magistrate Judge's Report and Recommendation by United States
5  mail on Plaintiff and on Defendants' counsel.
6      IT IS SO ORDERED.

DATED: April 30, 2008

RONALD S.W. LEW

_____
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE